UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,

    Plaintiff,

v.                                      Case No. 3:24cv621-LC-HTC

JUDGE MICHAEL A. FLOWERS, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on February 28, 2025 (ECF No. 12), recommending that Plaintiff's case be dismissed under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim and for failure to follow Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 12) is adopted and incorporated by reference in this order.

2. This case is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim and for failure to follow Court orders.

3. The clerk shall close the file.

**ORDERED** on this 18th day of March, 2025.

                                                               *s/L.A. Collier*
                                                         Lacey A. Collier
                                     Senior United States District Judge

Case No. 3:24cv621-LC-HTC